# Third District Court of Appeal
## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1820
Lower Tribunal No. B23-18976
_____

**State of Florida,**
Appellant,

vs.

**Jenifer Perera,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Betsy Alvarez-Zane, Judge.

James Uthmeier, Attorney General, and Haccord J. Curry, Assistant Attorney General, for appellant.

The Law Offices of Sean Marcus, PLLC, and Sean T. Marcus, for appellee.

Before LINDSEY, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.